IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 1:11-CV-01697 SKO |
| v. | ) | |
| JOHN J. TOLMACHOFF; NINA V. TOLMACHOFF; LOVE TRUST, BY KENNETH F. BLAKELY, TRUSTEE, AND BY ELISHA TOLMACHOFF, TRUSTEE; CALIFORNIA FRANCHISE TAX BOARD; | ) | **ORDER GRANTING REQUEST TO EXTEND FACT DISCOVERY**<br><br>(Docket No. 23) |
| Defendants. | ) | |

Pursuant to the stipulation of the parties (Doc. No. 23), Plaintiff, United States of America, and Defendants, John J. Tolmachoff, Nina V. Tolmachoff, Kenneth F. Blakely, and Elisha Tolmachoff, jointly request an order extending the non-expert discovery deadline.

For good cause shown, **IT IS ORDERED THAT**:

The non-expert discovery deadline is extended until December 28, 2012.  All other dates in the scheduling order filed on February 15, 2012, (Doc. No. 22) shall remain the same.

IT IS SO ORDERED.

**Dated:   September 24, 2012**         /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE