KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail: guy.p.jennings@usdoj.gov

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Civil No. 1:11-CV-01697 SKO |
| v. | **ORDER** |
| JOHN J. TOLMACHOFF; NINA V. TOLMACHOFF; LOVE TRUST, BY KENNETH F. BLAKELY, TRUSTEE, AND BY ELISHA TOLMACHOFF, TRUSTEE; CALIFORNIA FRANCHISE TAX BOARD; | |
| Defendants. | |

Plaintiff the United States of America and defendants John J. Tolmachoff, Nina V. Tolmachoff, Kenneth F. Blakely, and Elisha Tolmachoff, by counsel undersigned, jointly request an order continuing the date for the settlement conference in this case, presently set before December 11, 2012 at 10 a.m., to a new date in the last week of January 2013.

**IT IS ORDERED THAT**

The settlement conference scheduled for December 11, 2012 at 10 a.m. is continued to January 30, 2013 at 10:00 am.  The parties will submit confidential settlement statements to Chambers one week before the conference.

1  IT IS SO ORDERED.

2  Dated:  **December 10, 2012**          /s/ **Dennis L. Beck**
         UNITED STATES MAGISTRATE JUDGE